**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| MOHAMAD MOSTAFA HAYKAL., | : | Case No. 1:26-cv-290 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| TODD M. LYONS, et al., | : | |
| | : | |
| Respondents. | : | |

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR VOLUNTARY
DISMISSAL (Doc. 12)**

This matter is before the Court on the parties' Stipulated Motion for Voluntary Dismissal (Doc. 12), wherein the parties seek a dismissal with prejudice of the action, pursuant to Federal Rule of Civil Procedure 41(a). As reason for dismissal, the parties state that the underlying Immigration Court proceedings in this matter have been resolved. (Motion, Doc. 12, Pg. ID 250.)

Rule 41(a)(1) provides that "a plaintiff may dismiss an action without a court order by filing [...] a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(ii).  As both parties have signed the stipulation of dismissal, the Court finds dismissal is proper, and no Court order is required. Nevertheless, per the parties' request for a Court order on their Motion, the Court **ORDERS** the following:

1. The parties' Stipulated Motion for Voluntary Dismissal (Doc. 12) is

    **GRANTED;**

2. The Emergency Petition for Writ of Habeas Corpus (Doc. 1) is

   **DISMISSED WITH PREJUDICE;**

3. Petitioner's Emergency Motion for Temporary Restraining Order (Doc. 2)

   is **DENIED AS MOOT;**

4. Each party **SHALL BEAR** its own attorneys' fees and costs, unless

   otherwise agreed in the stipulation; and

5. This case is hereby **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____

JUDGE MATTHEW W. McFARLAND